**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*



RECEIVED
ASHEVILLE, N.C.
MAR 19 2009
Clerk, U. S. Dist. Court
W. Dist of N. C.

Butner, North Carolina 27509
☐ Federal Medical Center
   P.O. Box 1500
☒ Federal Correctional Institution
   P. O. Box 1000
☐ Low Security Correctional Institution
   P.O. Box 999
☐ Federal Correctional Institution II
   P.O. Box 1600

RECEIVED
ASHEVILLE, N.C.

   9 2009

Clerk, U. S. Dist. Court
W. Dist of N. C.

March 12, 2009

The Honorable Dennis L. Howell
United States District Court
325 U.S. Courthouse
100 Otis Street
Asheville, NC 28011-2611

RECEIVED
ASHEVILLE, N.C.

   9 2009

Clerk, U. S. Dist. Court
W. Dist of N. C.

RE: ADAMS, John Jackson
    REGISTER NUMBER: 22433-058
    DOCKET NUMBER: 2:09MJ7

Dear Judge Howell:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on March 6, 2009, pursuant to the provisions of Title 18, United States Code, Sections 4241, 4242 and 4247.

Currently, the evaluator is conducting interviews and psychological testing with Mr. Adams which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for thirty days. If this request is granted, the evaluation period will end on May 19, 2009. Staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to T. Taylor, Health Systems Specialist, at (919) 575-2015, and also to C. Gregory, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-5000.

Respectfully,

Tracy W. Johns
Warden

☒    The above requested extension of time is hereby granted

☐    The above requested extension of time is hereby not granted

Signature: _____
    Magistrate Judge Dennis L. Howell

DATE: March 19, 2009