IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09mj7

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN JACKSON ADAMS. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the court in accordance with 28, United States Code, Section 636(a), and upon the Motion to Dismiss filed by the government.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#19) is **GRANTED**, and the criminal complaint and warrant issued in this action are **DISMISSED** without prejudice.

Signed: February 16, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge